FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 07 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DANIEL FELIX and MARISE LOUIS FELIX,

             Plaintiffs,

     -against-

GOTHAM REAL ESTATE CORP., et al.,

             Defendants.
------------------------------------------------------------x

**MEMORANDUM AND ORDER**
12-CV-4559 (ARR)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

ROSS, United States District Judge:

On September 7, 2012, plaintiffs filed the instant pro se action challenging the foreclosure of their home and/or their eviction from that home. Plaintiffs brought their action pursuant to: (1) 42 U.S.C. §§ 1982, 1983, and 1988; (2) the Protecting Tenants at Foreclosure Act of 2009 ("PTFA"), Pub. L. No. 111–22, 123 Stat. 1632 (2009); (3) the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq.; and (4) various state and city statutes.

By order dated September 28, 2012, the Court granted plaintiffs' requests to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and granted plaintiffs thirty (30) days leave to submit an amended complaint in order to proceed with this action. More than 30 days have elapsed and plaintiffs have failed to respond to the Court's order. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED**: that the complaint is hereby dismissed. 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order and judgment would not be taken in good faith and therefore in forma pauperis status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

/S/ Judge Allyne R. Ross
_____
ALLYNE R. ROSS
United States District Judge

Dated: November 7, 2012
      Brooklyn, New York